UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

CHAIRMAN:
Judge John G. Heyburn II
United States District Court
Western District of Kentucky

MEMBERS:
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

DIRECT REPLY TO:

Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax: [202] 502-2888
http://www.jpml.uscourts.gov

May 16, 2008

Honorable Anne C. Conway
U.S. District Judge
1200 U.S. Courthouse
401 West Central Boulevard
Suite 6750
Orlando, FL 32801

Re: MDL No. 1769-- IN RE: Seroquel Products Liability Litigation

(See Attached CTO-61)

Dear Judge Conway:

For your information, I am enclosing a copy of a conditional transfer order filed today by the Panel in this matter.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By  *Dana L. Stewart*
Deputy Clerk


cc: (See Attached List of Judges)


JPML Form 39B

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 16 2008

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: SEROQUEL PRODUCTS LIABILITY LITIGATION     MDL No. 1769

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO-61)

On July 6, 2006, the Panel transferred 87 civil actions to the United States District Court for the Middle District of Florida for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 447 F.Supp.2d 1376 (J.P.M.L. 2006). Since that time, 514 additional actions have been transferred to the Middle District of Florida. With the consent of that court, all such actions have been assigned to the Honorable Anne C. Conway.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Middle District of Florida and assigned to Judge Conway.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Middle District of Florida for the reasons stated in the order of July 6, 2006, and, with the consent of that court, assigned to the Honorable Anne C. Conway.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Middle District of Florida. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: SEROQUEL PRODUCTS LIABILITY LITIGATION          MDL No. 1769

## SCHEDULE CTO-61 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**               **CASE CAPTION**

ARKANSAS EASTERN
   ARE 5 08-17                Jacqueline Davis v. AstraZeneca Pharmaceuticals, LP, et al.

LOUISIANA EASTERN
   LAE 2 08-1647              Dorothy P. Harper v. AstraZeneca Pharmaceuticals, LP, et al.

NORTH CAROLINA WESTERN
   NCW 3 08-169               Malcolm W. Pass v. AstraZeneca Pharmaceuticals, LP, et al.

PENNSYLVANIA EASTERN
   PAE 2 08-433               Dawn Carter, et al. v. AstraZeneca Pharmaceuticals, LP, et al.
   PAE 2 08-1872              Tiffany Hill v. AstraZeneca Pharmaceuticals, LP, et al.

TENNESSEE EASTERN
   TNE 1 08-19                Roy Dunn, et al. v. AstraZeneca Pharmaceuticals, LP, et al.

TEXAS NORTHERN
   TXN 3 08-121               Tommy Staten, et al. v. AstraZeneca Pharmaceuticals, LP, et al.
   TXN 3 08-122               Carolyn Lytle, et al. v. AstraZeneca Pharmaceuticals, LP, et al.

TEXAS SOUTHERN
   TXS 4 08-1154              Glennie Williams v. AstraZeneca Pharmaceuticals, LP, et al.

IN RE: SEROQUEL PRODUCTS LIABILITY LITIGATION     MDL No. 1769

## INVOLVED JUDGES LIST (CTO-61)

Hon. Brian S. Miller
U.S. District Judge
D258 Richard Sheppard Arnold U.S. Courthouse
500 West Capitol Avenue
Little Rock, AR 72201

Hon. Sarah S. Vance
U.S. District Judge
C-255 U.S. Courthouse
500 Poydras Street
New Orleans, LA 70130

Hon. Graham C. Mullen
Senior U.S. District Judge
230 Charles R. Jonas Federal Building
401 West Trade Street
Charlotte, NC 28202

Hon. J. Curtis Joyner
U.S. District Judge
8613 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Hon. Petrese B. Tucker
U.S. District Judge
9613 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1797

Hon. Curtis Lynn Collier
Chief Judge, U.S. District Court
317 Joel W. Solomon Federal Bldg.
& U.S. Courthouse
900 Georgia Avenue
Chattanooga, TN 37402

Hon. Sam A. Lindsay
U.S. District Judge
Earle Cabell Federal Bldg. & U.S. Courthouse
1100 Commerce Street, Room 1312
Dallas, TX 75242-1003

Hon. Barbara M.G. Lynn
U.S. District Judge
Earle Cabell Federal Bldg. & U.S. Courthouse
1100 Commerce Street, Room 1572
Dallas, TX 75242-1003

Hon. Nancy F. Atlas
U.S. District Judge
9015 Bob Casey U.S. Courthouse
515 Rusk Street
Houston, TX 77002